112 P.3d 781

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 6, 2005**

| 26628 | State v. Apisaloma | Affirmed |
| 26263 | State v. Grace | Affirmed |

**June 14, 2005**

| 26593 | State v. Paglinawan | Affirmed |